(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

**R.C. PIERRE APARTMENTS,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 05–5091.

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

### ORDER

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

**R.C. MO APARTMENTS,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 05–5090.

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

### ORDER

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

**R.C. GETTY APARTMENTS,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–5089.

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

**PRAIRIE VILLAGE OF STATE CENTER ASSOCIATES,**
Plaintiff–Appellee,

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–5088.

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.